IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 21 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-002086-BNB

JANICE KAY REYNOLDS,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

## ORDER OF DISMISSAL

On September 1, 2009, Ms. Reynolds initiated this action by filing a pleading titled, "Notice and Declaration of Revocation of Power of Attorney, and Notice and Declaration of Fraud, and Notice to Cease and Desist, and Notice and Affidavit of Posting and Notice of Contract Refusal, to Supersede all Previous Filings." She, however, failed to file her claims on a current Court-approved Complaint form, and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Magistrate Judge Boyd N. Boland entered an order on September 1, 2009, directing the Clerk of the Court to commence a civil action and instructing Ms. Reynolds to file her claims on a current Court-approved Complaint form, and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the filing fee. Ms. Reynolds was warned that the action would be dismissed without further notice if she failed to comply within the time allowed.

Ms. Reynolds now has failed to communicate with the Court, and as a result she has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice for failure to cure the deficiencies within the time allowed.

DATED at Denver, Colorado, this 21 day of Oct., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02086-BNB

Janice Kay Reynolds
11632 Community Center Drive Number 54
Northglenn, CO 80233

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/21/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk